IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    vs.                                    **CASE NO. 3: 99CR00315-11 (DRD)**

**RICARDO RIVERA-GONZALEZ**
**A.K.A.: "Toro"**
* * * * * * * * * * * * * * *

**MOTION NOTIFYING VIOLATIONS OF THE SUPERVISED RELEASE TERM
AND REQUEST FOR A WRITTEN REPRIMAND**

**TO THE HONORABLE DANIEL R. DOMINGUEZ**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

      **COMES NOW, Benjamín Bonilla, United States Probation Officer** of this Court, respectfully presenting an official report on the conduct and attitude of the offender, Ricardo Rivera-González, who on January 23, 2003, was sentenced by Your Honor to sixty three (63) months of imprisonment after he pled guilty of violating Title 21, U.S. Code, § 846. A three (3) year supervised release term and a special monetary assessment in the amount of $100.00 were imposed. Additional conditions included urinalysis, participation in vocational training and submit to a psychological evaluation. On January 14, 2005, Mr. Rivera-González was released from custody at which time he commenced his supervised release term.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

      Since his release from custody, the offender has violated the following conditions of his supervised release term:

**1.   STANDARD CONDITION - "WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME. THE DEFENDANT SHALL NOT ILLEGALLY POSSESS A CONTROL SUBSTANCE."**

**2. STANDARD CONDITION  NO. 11- "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN SEVENTY-TWO HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER."**

On October 8,2005, Mr.Rivera-González  was arrested by Puerto Rico Police Agents in  Aguadilla, Puerto Rico, and charge with violations to the Puerto Rico Domestic Violence Law (Law 54).  On May 22, 2006, Mr. Rivera-González, plead guilty to a lesser charge, to wit, simple assault (Article 121 of the New Puerto Rico Penal Code), a misdemeanor.  On that same day he was sentenced to pay a $3,510.00 fine.  Mr. Rivera-González, did not report this arrest nor the final ruling.

During an interview conducted with both parties, they informed that when Mr. Rivera-González attempted to abandon the couple's residence, after a marital dispute, the spouse obstructed his path to prevent him from leaving.  It was at this juncture that Mr. Rivera-González pushed his wife aside and left the house.  Mrs. Maria De Los Angeles Mercado (Mr. Rivera-González' wife), admits that her anger and bout of jealousy is what prompted her to file the charges.  Although she subsequently attempted to withdraw them, the government proceeded with prosecution.

**WHEREFORE**, I declare under penalty of perjury that the foregoing is true and correct. In view of the aforementioned violations, as well as the offender's eventual admission to the facts coupled with his current adjustment, it is respectfully requested that

only a written reprimand be issued. Should he incur in any other violations, the court will be notified immediately. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 26th day of June 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-281-4982
Fax: 787-766-5945
Benjamin_Bonilla@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 26, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jose A. Ruiz, Assistant U.S. Attorney and to Maria H. Sandoval, Esq..

In San Juan, Puerto Rico, this 26th day of June 2007.

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-281-4982
Fax: 787-766-5945
Benjamin_Bonilla@prp.uscourts.gov