**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>         v.<br><br>ALBA QUINONES GONZALEZ<br>RICARDO RIVERA GONZALEZ<br>    Defendant. | CRIMINAL NO. 99-315(DRD) |

**MOTION REQUESTING
CONTINUANCE OF REVOCATION HEARING**

COMES NOW the Defendants, Ms. Alba Quiñonez González and Mr. Ricardo Rivera González, represented by the Federal Public Defender, and respectfully states and prays:

The Court had set both Defendant's sentencing hearings for tomorrow, December 20, 2007 (docket #1609 and 1613), but recently re-scheduled the hearing for next Friday, December 21, 2007 (document #1619 and 1620). On that date, undersigned counsel will be enjoying a well deserved vacation day. Although usually another Assistant Federal Public Defender could substitute for undersigned counsel, a number of Assistants will be out of the office on that day, and the Court calendar is relatively crowded, thus preventing someone else from substituting. In addition, both revocations have somewhat complex facts which would be better addressed by the attorney that has been representing both defendants so far.

WHEREFORE, for the reasons stated above, Mr. Vázquez requests that the sentencing hearing be continued until next Wednesday, December 26, 2007.

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19th day of December, 2007.

                                          JOSEPH C. LAWS, JR
                                          Federal Public Defender

**s/ Rafael Andrade Ravelo**
RAFAEL ANDRADE-RAVELO
Assistant Federal Public Defender
USDC-PR 221308
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899