# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS
HONORABLE DANIEL R. DOMINGUEZ  Date: December 28, 2007
COURTROOM DEPUTY: Omar FLAQUER  **CR NO: 99-315-11 (DRD)**
COURT REPORTER: Diane BREAZ
COURT INTERPRETER: Marie HERNANDEZ  USPO: Benjamin BONILLA

===================================================================

Attorneys:

UNITED STATES OF AMERICA  AUSA Dina Avila

vs.

RICARDO RIVERA GONZALEZ  Rafael Andrade, AFPD.

===================================================================

The defendant is present in court. He is under custody.

CASE CALLED FOR FINAL REVOCATION HEARING. After arguments heard, the Court found that the defendant violated the conditions of the imposed supervised release term by failing to notify being interrogated or questioned by a law enforcement officer within 72 hours, and moving out of his residence without notifying his probation officer, as cited in the motion filed on October 19, 2007 at Docket No. 1598.

**IT IS THE JUDGMENT OF THE COURT** as to violations Standard Condition No. 6, 11.

Imprisonment for a total term of **Time Served. The defendant shall be released today.**

Supervised Release Term: Six (6)Months. During this period, the defendant is placed in Home confinement for a period of three (3) months.

All terms and conditions are specified in the judgment form. The defendant is advised of his right to appeal, etc.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk